IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DEMA GALGON,                    )
                                )
Plaintiff,                      )
                                )
vs.                             )       Case No. 06-1337-WEB
                                )
                                )
AETNA INSURANCE COMPANY,        )
                                )
                                )
Defendant.                      )
_____)

ORDER

On November 7, 2006, Plaintiff filed an application for leave to file action without payment of fees, costs or security. (Doc. 3). 28 U.S.C. §1915(a), states as follows:

> ...any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding...without prepayment of fees or security therefor, by a person who submits an affidavit...that the person is unable to pay such fees or give security therefor.

The filing fee in civil cases is presently $350.00. 28 U.S.C. §1914(a).[1] It is this fee for which Plaintiff seeks a waiver.

Plaintiff's affidavit of financial status indicates that Plaintiff has a monthly income of $2942, and monthly expenses of $1689.04. The affidavit further indicates that she has $256.84 cash on hand between a checking and savings account as well as $10,000 in an Edward Jones

---

[1] Pursuant to the Deficit Reduction Act of 2005, effective April 9, 2006, the district court filing fee will increase from $250.00 to $350.00.

account. Further, she has $34,000 in an Individual Retirement Account. Based on the information provided by Plaintiff, the court finds that plaintiff has the financial means to pay the filing fee.

IT IS THEREFORE ORDERED that the motion to waive the payment of the filing fee is denied.

IT IS FURTHER ORDERED that plaintiff is directed to pay the filing fee no later than January 26th, 2007.

IT IS SO ORDERED this 10th day of January, 2007.

                                                    s/Wesley E. Brown  
                                                  Wesley E. Brown  
                                                  United States District Court Judge